**Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000397
18-SEP-2024
07:54 AM
Dkt. 49 OAWST**

NO. CAAP-24-0000397

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

IN THE MATTER OF THE TAX APPEAL OF WESLEY PALMER-LASKY and JACQUELINE PALMER-LASKY, Appellants-Appellants, v. CITY AND COUNTY OF HONOLULU, Appellee-Appellee

APPEAL FROM THE TAX APPEAL COURT
(CASE NO. 1TX171001379)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Leonard, Acting Chief Judge, Hiraoka and Guidry, JJ.)

Upon consideration of the September 13, 2024 Stipulation and Dismissal of Appeal with Prejudice (**Stipulation**), filed by Appellee-Appellee City and County of Honolulu (**City**), the papers in support, and the record, it appears that (1) the appeal has been docketed and the filing fees have been paid; (2) under Hawaiʻi Rules of Appellate Procedure (**HRAP**) Rule 42(b), the parties stipulate to dismiss the appeal with prejudice, with each party to bear their own attorneys' fees and costs; (3) the Stipulation is dated and signed by both self-represented Appellants-Appellants, and by counsel for the City; and (4) dismissal is authorized by HRAP Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed with prejudice, under HRAP

Rule 42(b). The parties shall bear their own attorneys' fees and costs on appeal.

DATED: Honolulu, Hawaiʻi, September 18, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge